UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUPER FOOD SERVICES, INC.,

        Plaintiff,

Case No. 5:06-CV-34

Hon. Hugh W. Brenneman, Jr.

vs.

SARANAC FAMILY MARKET, INC.,
*et al.*,

        Defendants.
_____/

## JUDGMENT

For the reasons as set forth in the court's opinion entered this date, Super Food Services, Inc.'s motion for summary judgment (docket no. 22) is **GRANTED**.

**IT IS ORDERED AND ADJUDGED**

That the plaintiff Super Food Services, Inc., recover of the defendants David K. Biggs and Sharon Biggs, jointly and severally, the sum of **$271,201.59**, with interest thereon and costs of action as provided by law.


Dated:  October 11, 2007                              /s/ Hugh W. Brenneman, Jr.
                                                            HUGH W. BRENNEMAN, JR.
                                                            United States Magistrate Judge